# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF SLOCUM,<br>    Plaintiff,<br><br>        v.<br><br>TD AMERITRADE,<br>    Defendant. | CV 20-11368 DSF (AFMx)<br><br>Order DISMISSING Action |

Plaintiff's Notice filed May 14, 2021 states that this case is mooted by an arbitration clause and FINRA requirements. Dkt. 16.

The Court interprets the Notice as a request for voluntary dismissal. The case is therefore dismissed.

IT IS SO ORDERED.

Date: June 7, 2021  _____
Dale S. Fischer
United States District Judge